UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3659-GW-JPRx | Date | August 22, 2023 |
|---|---|---|---|
| Title | *Mercer Global Advisors, Inc. v. Ashlee Chu Hewitt, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - SCHEDULING ORDER**

The Court has reviewed the parties' Joint Rule 26(f) Report (Docket No. 23) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the August 24, 2023 scheduling conference date is taken off calendar. The individual Defendants are former employees of the Plaintiff. Plaintiff raises *inter alia* claims of breach of the duty of loyalty, breach of contract, misappropriation of trade secrets under California Civil Code §§ 3426, et seq., unfair competition, trademark infringement, and false designation of origin.

The Court sets the following dates:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to September 8, 2023. Thereafter, any further amendments must be made by motion under Rule 16 or otherwise by order of the Court.

2. A post-mediation status conference is set for March 14, 2024 at 8:30 a.m., with mediation to be completed by March 11. The parties have chosen to mediate through a private mediation service. The parties will make arrangements so that the mediation can be completed by March 11 and a joint report filed with the Court by March 12.

3. All regular discovery will be completed by March 1, 2024. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be completed by April 5, 2024. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is May 6, 2024.

| | : | |
|---|---|---|
| Initials of Preparer | JG | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3659-GW-JPRx | Date | August 22, 2023 |
|---|---|---|---|
| Title | *Mercer Global Advisors, Inc. v. Ashlee Chu Hewitt, et al.* | | |

6. The pre-trial conference will be held on June 6, 2024 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (ECF No. 8).

7. Jury trial will begin on June 18, 2024 at 9:00 a.m.


**cc: ADR PANEL**

:

Initials of Preparer    JG