ELLIS GEORGE LLP
Benjamin D. Scheibe (State Bar No. 101327)
  bscheibe@ellisgeorge.com
Milin Chun (State Bar No. 262674)
  mchun@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

ELLIS GEORGE LLP
Andrew W. Gust (admitted pro hac vice)
  agust@ellisgeorge.com
Zander A. Weiss (admitted pro hac vice)
  zweiss@ellisgeorge.com
152 W 57th Street, 28th Floor
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629

Attorneys for Defendants Ashlee Chu
Hewitt, Alan Charles Hewitt, and Hewitt
Advisors, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MERCER GLOBAL ADVISORS, INC., | Case No. 2:23-cv-03659 GW (JPRx) |
| Plaintiff, | **DECLARATION OF JOHN O'CONNOR** |
| vs. | |
| ASHLEE CHU HEWITT, ALAN CHARLES HEWITT, HEWITT ADVISORS, INC., and DOES 1 through 10, inclusive, | FPC Date:  June 6, 2024<br>Trial Date:  June 18, 2024 |
| Defendants. | |

2371034.1

Case No. 2:23-cv-03659 GW (JPRx)

DECLARATION OF JOHN O'CONNOR

## <u>DECLARATION OF JOHN O'CONNOR</u>

I, John O'Connor, declare and state as follows:

1.     I am over the age of eighteen and have firsthand, personal knowledge of the facts set forth below.  If called as a witness, I could competently testify thereto.

2.     I recently retired from the Los Angeles Fire Department.  Like many firefighters, I have used Ashley Hewitt to prepare my taxes for several years, starting 5 to 7 years ago.  I have been with Ashley since before she joined Mercer Global Advisors, when she was at Hewitt Financial Group.

3.     The Hewitt name is well known among local firefighters.  Hewitt Financial Group placed lots of marketing materials in fire stations.  The Hewitts have a good reputation for providing quality tax preparation services to firefighters.

4.     In fact, I went to Mercer only because Ashlee went to Mercer.  I did not consider myself to be a client of Mercer but instead a client of Ashlee.  I will use Ashlee for my taxes wherever she goes.

5.     I actually was unhappy with the way Mercer handled my account. Mercer repeatedly contacted me trying to upsell me on other financial services or products that Mercer offered.  I was not interested in those products or services.  I only needed to have my taxes done.  I told Mercer to stop trying to upsell me.

6.     When Ashlee left Mercer, she did not contact me to tell me she had left Mercer or that she had started Hewitt Advisors.  Instead, I happened to be looking at a copy of *The Firemen's Grapevine*, which is a magazine for Los Angeles firefighters.  I saw an ad for Hewitt Advisors in that magazine.  When I saw that ad, I concluded that Ashlee was no longer with Mercer.  I did not think that the ad I saw was from Mercer or that Hewitt Advisors was in any way affiliated with Mercer.

7.     I then called the telephone number listed in the ad.  That was how I learned that Ashlee had left Mercer.  Ashlee did not contact me; I contacted her. She did not solicit me to leave Mercer or to move my business to Hewitt.  She did

2371034.1

not have to.  I follow the Hewitt name when it comes to having my taxes done. Because Ashlee was at Hewitt Advisors, I chose to use Hewitt Advisors for my tax returns.

Executed this __9th__ day of February 2024, at __Hermosa Beach__, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DocuSigned by:

JOHN O'CONNOR

339FEA959B4743C...

John O'Connor