1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| MERCER GLOBAL ADVISORS, INC., | Case No. CV 23-3659-GW-JPRx |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO AMEND THE SCHEDULING ORDER** |
| vs. | |
| ASHLEE CHU HEWITT, ALAN CHARLES HEWITT, HEWITT ADVISORS, INC., and DOES 1 through 10, inclusive, | [*Filed concurrently with Application and Supporting Declaration of Benjamin D. Scheibe]*] |
| Defendants. | Action Filed:       April 3, 2023<br>Prior Trial Date:   Sept. 10, 2024<br>New Trial Date:    Nov. 19, 2024 |

LARSON
LOS ANGELES

2438770.1

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO AMEND THE SCHEDULING ORDER

Before the Court is ex parte application for an order amending the Scheduling Order. Having considered Defendants' application and for GOOD CAUSE shown,

IT IS HEREBY ORDERED that the Scheduling Order is amended as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Rebuttal Expert Disclosures | July 25, 2024 | No Change |
| Expert Discovery Cutoff | August 1, 2024 | No Change |
| Motion Hearing Deadline (excluding motions in limine) | August 28, 2024 | October 17, 2024 |
| Motion Filing Deadline | 28 days before hearing date | 28 days before hearing date |
| Last Day to Complete Mediation | August 26, 2024 | COMPLETED |
| Post Mediation Status Conference | August 29, 2024 | NO CHANGE |
| Final Pretrial Conference | September 5, 2024 | November 7, 2024 at 8:30 a.m. |
| Trial | September 10, 2024 | November 19, 2024 at 9:00 a.m. |

**IT IS SO ORDERED**.

Dated: July 26, 2024

HON. GEORGE H. WU,
United States District Judge