Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
Andrew E. Calderón (SBN 316673)
*acalderon@larsonllp.com*
Andrew S. Bledsoe (SBN 332171)
*abledsoe@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Plaintiff
MERCER GLOBAL ADVISORS, INC.

Benjamin D. Scheibe (SBN 101327)
*bscheibe@ellisgeorge.com*
Milin Chun (SBN 262674)
*mchun@ellisgeorge.com*
**ELLIS GEORGE LLP**
2121 Avenue of the Stars
30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendants ASHLEE CHU HEWITT, ALAN CHARLES HEWITT, and HEWITT ADVISORS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MERCER GLOBAL ADVISORS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEE CHU HEWITT, ALAN CHARLES HEWITT, HEWITT ADVISORS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-03659-GW-JPR<br><br>**JOINT STIPULATION TO CONTINUE TRIAL**<br><br>Action Filed: April 3, 2023<br>FPC Date: November 7, 2024<br>Trial Date: November 19, 2024 |

All parties to the above-captioned matter, by and through their respective counsel of record, hereby submit the following stipulation:

WHEREAS, on July 18, 2024, Defendants Ashlee Chu Hewitt, Alan Charles Hewitt, and Hewitt Advisors, Inc. (collectively, "Defendants") moved *ex parte* to modify the Court's scheduling order to continue trial from September 10, 2024 to November 19, 2024;

WHEREAS, on August 2, 2024, the Court granted Defendants' *ex parte* application to modify the scheduling order, continuing trial from September 10, 2024 to November 19, 2024;

WHEREAS, Plaintiff Mercer Global Advisors, Inc. ("Plaintiff") recently became aware that four of its anticipated witnesses have conflicts that will interfere with their participation and attendance if trial begins on November 19, 2024;

WHEREAS, Plaintiff informed Defendants of these conflicts, and the parties have since met and conferred and agreed that continuing trial from November 19, 2024 to January 14, 2025, will allow Plaintiff's and Defendants' counsel and witnesses to fully participate at trial;

NOW THEREFORE, the parties hereby stipulate to modify the Court's scheduling order as follows in light of the proposed continuance to trial:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion Filing Deadline | September 19, 2024 | November 9, 2024 |
| Meet and Confer Concerning Subject Matter Jurisdiction, Evidentiary Matters, and Settlement | September 27, 2024 | November 18, 2024 |
| Prepare and Exchange:<br>• Exhibit Lists<br>• Exhibits Not Previously Stamped<br>• Witness Lists | October 17, 2024 | December 7, 2024 |

| | | |
|---|---|---|
| - Marked Deposition Transcripts<br>- Statement of the Case<br>- Proposed Jury Instructions<br>- Verdict Forms | | |
| Motion Hearing Deadline (Excluding Motions in Limine) | October 17, 2024 | December 7, 2024 |
| Motions in Limine | October 17, 2024 | December 7, 2024 |
| Last Day to Meet and Confer in Person | October 28, 2024 | December 18, 2024 |
| Motions in Limine Oppositions | October 28, 2024 | December 18, 2024 |
| File Joint:<br>- Exhibit Lists<br>- Witness Lists<br>- Statement of the Case<br>- Stipulations of Fact<br>- Proposed Jury instructions<br>- Verdict Forms | November 2, 2024 | December 23, 2024 |
| Motions in Limine Replies | November 3, 2024 | January 2, 2025 |
| Final Pretrial Conference | November 7, 2024 | January 6, 2025 |
| Motions in Limine Hearing Date | November 7, 2024 | January 6, 2025 |
| Trial | November 19, 2024 | January 14, 2025 |

**IT IS SO STIPULATED AND AGREED.**

Dated: August 28, 2024      LARSON LLP

By: */s/ Paul A. Rigali*
Paul A. Rigali[1]
Andrew E Calderón
Andrew S. Bledsoe

Attorneys for Plaintiff MERCER GLOBAL ADVISORS, INC.

DATED: August 28, 2024      ELLIS GEORGE LLP

By: */s/ Benjamin D. Scheibe*
Benjamin D. Scheibe
Milin Chun
Andrew W. Gus
Zander A. Weiss

Attorneys for Defendants ASHLEE CHU HEWITT, ALAN CHARLES HEWITT, and HEWITT ADVISORS, INC,

---

[1] Pursuant to Local Rule 5-4.3.4, the filer attests that all other signatories concur in this filing's content and have authorized this filing.