UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MERCER GLOBAL ADVISORS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEE CHU HEWITT, ALAN CHARLES HEWITT, HEWITT ADVISORS, INC., HEWITT WEALTH MANAGEMENT INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 23-3659-GW-JPRx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF TRADEMARK CLAIMS AND ENTERING FINAL JUDGMENT IN FAVOR OF DEFENDANTS**<br><br>[*Filed concurrently with Joint Stipulation*]<br><br>Action Filed:   April 3, 2023<br>Trial Date:      January 14, 2024 |

# ORDER AND FINAL JUDGMENT

The Court, having considered the Joint Stipulation for Dismissal of Trademark Claims, and good cause appearing, IT IS HEREBY ORDERED:

1. Judgment is hereby entered with respect to Plaintiff Mercer Global Advisors, Inc.'s ("Mercer") claims for violation of false advertising law (First Supplemental Complaint, ECF 54 [the "FSC"], Fifth Cause of Action), common law trademark infringement (FSC, Sixth Cause of Action), false designation of origin (FSC, Seventh Cause of Action), and unlawful and unfair business practices (FSC, Fourth Cause of Action), which are dismissed with prejudice pursuant to the parties' settlement.

2. Judgment is hereby entered, consistent with the Court's Final Ruling on Defendants' Motion for Summary Judgment (Dkt. 159), in favor of Defendants Ashlee Chu Hewitt, Alan Charles Hewitt, Hewitt Advisors, Inc., and Hewitt Wealth Management Inc., and against Plaintiff Mercer Global Advisors, Inc. with respect to Mercer's claims for breach of the duty of loyalty (FSC, First Cause of Action), breach of contract (FSC, Second Cause of Action), misappropriation of trade secrets (FSC, Third Cause of Action), and intentional interference with prospective economic advantage (FSC, Eighth Cause of Action).

3. As the prevailing parties with respect to Mercer's claims for breach of the duty of loyalty (FSC, First Cause of Action), breach of contract (FSC, Second Cause of Action), misappropriation of trade secrets (FSC, Third Cause of Action), unlawful and unfair business practices (FSC, Fourth Cause of Action) to the extent the allegations are related to those set forth in the First, Second, Third, and/or Eighth Cause of Action, and intentional interference with prospective economic advantage (FSC, Eighth Cause of Action), the last day for Defendants Ashlee Chu Hewitt, Alan Charles Hewitt, and Hewitt Advisors, Inc. to file a motion for attorneys' fees and costs is 45 days after entry of this final judgment.

4. The last day for Mercer to file a notice of appeal is extended to 45 days after entry of this final judgment.[1]

5. The Court will retain jurisdiction over the parties and the claims.

**IT IS SO ORDERED.**

Dated: January 6, 2025

_____
HON. GEORGE H. WU,
United States District Judge

---

[1] Except as expressly stated herein, nothing shall be construed as a release of Mercer's UCL Claim to the extent it is based on Mercer's non-Trademark Claims, including Mercer's right to appeal.